```
1  VAHE OHANESSIAN DDS.
   c/o 800 West 1st Street Suite 2407
2  Los Angeles, CA  90012
   tel. (213) 625-4320
3
   Claimant in pro per
4
```

FILED ✓   LODGED ___
RECEIVED ___   COPY ___
JUL 2 0 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

UNITED STATES DISTRICT JUDGE
JUL 2 0 2009
SUSAN R. BOLTON

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: TASER INTERNATIONAL, INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>  ALL ACTIONS | No. C05-0115-PHX-SRB<br><br>**REQUEST FOR (TELEPHONIC) HEARING BY CLAIMANT VAHE OHANESSIAN ON EX PARTE APPLICATION TO PAY LATE AND LATE-CURED CLAIMANTS**<br><br>**DATE:** To be set by court<br>**TIME:** To be set by court<br>**Dept.:** Hon. Susan R. Bolton |

REQUEST FOR TELEPHONIC HEARING

# REQUEST

Based on information first presented in opposition to this application, approximately $313,000 remains in the TASER settlement fund. As stated in his reply paper, claimant Vahe Ohanessian proposes that this money be divided among Dr. Ohanessian and the 9 other late and late-cured claimants, who so far have received nothing at all from the settlement. This is the most equitable and economic use of the funds and requires minimal administrative expense. Lead plaintiff Eli Wolamowsky, by contrast, proposes that the $313,000 be divided pro-rata as an "extra" distribution among 3900 claimants who have already received their distribution, including over $10,000 to Wolamowsky himself.

The matter has been briefed, but additional facts emerged during the briefing, and the parties have submitted a multiplicity of proposed orders. For this reason, and to answer any questions the Court may have, claimant Ohanessian respectfully requests an oral argument on this application, to be set at the court's convenience. Because Dr. Ohanessian resides in Los Angeles, he requests only the opportunity to appear before the court telephonically.

_/s/ Vahe Ohanessian_
Vahe Ohanessian
Claimant in pro per

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, July 16, 2009, the foregoing document was served on the following parties in this action:

| | |
|---|---|
| Joseph R. Seidman<br>Bernstein Liebhard LLP<br>10 East 40th Street<br>New York, NY  10016 | Lead Counsel for Lead Plaintiff |
| Keith Eggleton<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA  94304 | Counsel for Defendant |

x     by US mail.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 16, 2009, at Los Angeles, California.

_____
Vahe Ohanessian